| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SHEENA TAYLOR,<br><br>   Defendant. | CASE NO. 1:18-CR-00075<br>           1:18-CR-00076 LJO<br><br>AMENDED STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 23, 2019 at 10:00 a.m.

2. The government has requested a continuance of the sentencing hearing because counsel is devoting a significant amount of time to trial preparation in the case of a co-defendant, Joseph Vasquez, Jr., whose trial is scheduled to begin on October 1, 2019. For this reason, counsel has been unable to devote a sufficient amount of time to reviewing the final PSR and preparing for the sentencing hearing.

3. The parties have conferred and are available on October 21, 2019 for sentencing. The United States Probation Officer was contacted and does not object to the requested continuance.

4. The parties, therefore, stipulate that the sentencing hearing, currently scheduled for September 23, 2019, should be rescheduled for October 21, 2019 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: September 19, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated: September 19, 2019

/s/ AMANDA K. MORAN
AMANDA K. MORAN
Counsel for Defendant
Sheena Taylor

**ORDER**

Granted. No further continuances. The matter is continued to October 21, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **September 20, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE