| | |
|---|---|
| 1 | AMANDA K. MORAN, SBN 311090 |
| 2 | JANAY D. KINDER, SBN 317344 |
| | MORAN LAW FIRM |
| 3 | 1330 "L" STREET, SUITE A |
| | FRESNO, CALIFORNIA 93721 |
| 4 | *T* (559) 264-2688 |
| | *F* (559) 264-2683 |

Attorneys for Defendant
Sheena Taylor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00076-LJO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE FORFEITURE HEARING; AND ORDER |
| SHEENA TAYLOR, | |
| Defendant. | |

**STIPULATION**

Defendant Sheena Taylor, by and through its counsel of record, and plaintiff, by and through plaintiff's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for forfeiture hearing on October 28, 2019 at 10:00 a.m.

2. The defendant has requested a continuance of the forfeiture hearing because counsel is also due to appear on a state criminal matter in a different county that same day. For this reason, counsel does not believe she will be able to appear timely before this Court.

3. The parties have conferred and are available on December 2, 2019 for the forfeiture hearing.

STIPULATION TO CONTINUE HEARING 1

4. The parties, therefore, stipulate that the forfeiture hearing, currently scheduled for October 28, 2019, should be rescheduled for December 2, 2019 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: October 22, 2019     /s/ AMANDA K. MORAN
                            AMANDA K. MORAN
                            Counsel for Defendant
                            Sheena Taylor

Dated: October 22, 2019     McGREGOR W. SCOTT
                            United States Attorney

                            /s/ Laurel J. Montoya
                            LAUREL J. MONTOYA
                            Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **October 23, 2019**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE