Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant SHEENA TAYLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>    v.<br><br>SHEENA TAYLOR,<br><br>         Defendant. | No. 1:18-CR-00076-NONE<br><br>**ORDER SEALING EXHIBITS 1 AND 2 OF SHEENA TAYLOR'S MOTION FOR REDUCED SENTENCE (COMPASSIONATE RELEASE)** |

Pursuant to Local Rule 141(b), and the Request to Seal filed on behalf of defendant, Sheena Taylor, IT IS HEREBY ORDERED that Exhibits 1 and 2 of Ms. Taylor's Motion for Reduced Sentence (Compassionate Release) be SEALED until further order of the Court.

IT IS SO ORDERED.

Dated: **June 29, 2020**

_____
UNITED STATES DISTRICT JUDGE