UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>SHEENA TAYLOR, et al.,<br><br>             Defendant. | Case: 1:18-cr-00076-NONE-BAM<br><br>ORDER REASSIGNING CASE FOR PURPOSES OF RULING ON MOTION FOR COMPASSIONATE RELEASE<br><br>(Doc. No. 287) |

The Local Rules provide that "[a]ctions may be reassigned between Judges on order signed by the transferring and accepting Judges as approved by the Court." L.R., App. A (f)(1).

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

1

In order to ensure the fair distribution of the court's caseload and the efficient resolution of all matters, the court REASSIGNS the above-captioned action to United States Senior District Judge Anthony W. Ishii for purposes of deciding the pending motion for compassionate release. (Doc. No. 287.) After the motion for compassionate release is ruled upon, the case shall be reassigned back to "unassigned" status for all purposes.

IT IS SO ORDERED.

Dated: ___August 30, 2020___

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.

Dated: ___August 30, 2020___

SENIOR DISTRICT JUDGE

IT IS SO ORDERED.

Dated: ___August 30, 2020___

CHIEF UNITED STATES DISTRICT JUDGE