

FILED
NOV 10 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant SHEENA TAYLOR

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>SHEENA TAYLOR,<br><br>  Defendant. | Case No. 1:18-CR-00076-AWI<br><br>**SHEENA TAYLOR'S MOTION TO EXONERATE BOND; ORDER** |

Defendant, SHEENA TAYLOR, hereby moves the court pursuant to Federal Rule of Criminal Procedure 46(g) for exoneration of the bond and full reconveyance of the cash bond to the posting party.

On April 17, 2018, the Court ordered Ms. Taylor released on conditions which included a $900 cash bond. On April 17, 2018, a cash bond in the amount of $900 (DKT #39, Receipt # CAE100038828) was posted.[1]

On October 21, 2019, Ms. Taylor was sentenced in this matter.

---

[1] The docket entry reflects a cash bond of $1,800, however, the Financial Administrator for the U.S. Eastern District Court, Lisa DiMaria, has advised Counsel that this amount reflects an additional $900 posted in 1:18-CR-00075.

Ms. Taylor is respectfully requesting that the bond be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure and that the cash be returned to the posting party.

Dated: November 9, 2020

Respectfully Submitted,

/s/ *Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

---

### ORDER

The Court finds that the bond condition has been satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $900 bond in the above-captioned case and reconvey the $900 of cash to the posting party.

IT IS SO ORDERED.

DATED: 11/10/20

ERICA P. GROSJEAN
United States Magistrate Judge