UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>SHEENA TAYLOR<br><br>Defendant-Petitioner. | No.  1:18-cr-00076-NONE-BAM-5<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(Doc. No. 301) |

On October 23, 2020, Sheena Taylor ("petitioner"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 ("§ 2255 motion"). Petitioner raises several claims of ineffective assistance of trial counsel under the Sixth Amendment. (Doc No. 301.) Having preliminarily reviewed petitioner's § 2255 motion, the court finds that its decision making would be aided by the filing of a response by the United States.

/////

/////

/////

1

Accordingly, the court ORDERS as follows:

1. The government shall file a response to petitioner's § 2255 motion by <u>April 12, 2021</u>; and

2. Petitioner shall file a reply, if any, no later than <u>June 11, 2021</u>.

IT IS SO ORDERED.

Dated:   **January 12, 2021**

UNITED STATES DISTRICT JUDGE