**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for SHEENA TAYLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHEENA TAYLOR,<br><br>Defendant. | No. 1:18-cr-00076-JLT-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND [PROPOSED ORDER]** |

On June 23, 2022, Sheena Taylor was appointed to our office to conduct an Evidentiary Hearing re a motion she filed In Pro Per under 28 U.S.C. § 2255. Ms. Taylor's Evidentiary Hearing was heard on January 16, 2024. A ruling was issued on January 23, 2024. The Court declined to issue a Certificate of Appealability. Having completed his representation of Ms. Taylor, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act. Ms. Taylor is in custody.

/

//

1  ///

2        Should Ms. Taylor require further legal assistance she has been advised to contact the
3  Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,
4  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
5  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

7  Dated: February 1, 2024                          Respectfully submitted,

9                                           /s/*Timothy Hennessy*
10                                          Timothy Hennessy
                                         Attorney for Sheena Taylor

**[PROPOSED] ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Sheena Tyalor at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Sheena Taylor
Person ID 7088963
Booking # 2410790
North Annex Jail
1265 M Street
Fresno, CA  93721

**IT IS SO ORDERED**

Dated: February 2, 2024

UNITED STATES DISTRICT JUDGE